UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOUISE ROSE JOOST,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | Case No. C10-1171-JLR-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. *See* Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *See* Dkt. 16.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, an Administrative Law Judge ("ALJ") will further consider plaintiff's subjective complaints; the ALJ will further consider plaintiff's maximum residual functional capacity; the ALJ will obtain supplemental evidence from a vocational expert; and the ALJ will

REPORT AND RECOMMENDATION
PAGE - 1

provide findings concerning the issue of disability for the period after plaintiff attained age 50. *See id*. at 1.

A proposed order accompanies this Report and Recommendation.

DATED this 18th day of January, 2011.

/s/ James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2